UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20916-CIV-LENARD/O'SULLIVAN

NOE PASCUAL, and MELVIN
MARTINEZ on their own behalves and
others similarly situated,

    Plaintiffs,

vs.

TCW EVENTS GROUP, LLC., a Florida
company d/b/a B.E.D. MIAMI,

    Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on the Plaintiffs' Motion to Enforce Settlement Agreement (DE# 36, 9/21/11). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the defendant shall file a response to the Plaintiff's Motion for Final Default Judgment Pursuant to 29 U.S.C. § 216(b) as to Defendants for Claim, Fees and Costs Including Future Fees Regarding Collection of Default (DE# 12, 5/20/11) on or before **Monday, October 31, 2011**. The failure to file a response may result in a recommendation that the Plaintiffs' Motion to Enforce Settlement Agreement (DE# 36, 9/21/11) be granted in its entirety. Rule 7.1(c), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> [E]ach party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. **Failure to do so may be deemed sufficient cause for granting the motion by**

**default**.

S.D. Fla. L.R. 7.1(c) (Emphasis supplied).

DONE AND ORDERED, in Chambers, at Miami, Florida this **12th** day of October, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

U.S. District Judge Lenard
All counsel of record